UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>            Plaintiff,                     )<br>                                                    )<br>v.                                               )<br>                                                    )<br>ROGELIO CRUZ,                        )<br>                                                    )<br>            Defendant.                 )<br>_____) | Case No. 07MJ2517<br><br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  November 1, 2007                    /s/  Erick  L.  Guzman
                                                               ERICK L. GUZMAN
                                                               Federal Defenders
                                                               225 Broadway, Suite 900
                                                               San Diego, CA 92101-5030
                                                               (619) 234-8467  (tel)
                                                               (619) 687-2666  (fax)
                                                               E-mail: erick_guzman@fd.org